CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 20 2014
JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **REGINALD LEE ALLEN,** | ) | **Civil Action No. 7:14-cv-00474** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DANVILLE CITY JAIL,** | ) | **By:** **Hon. Jackson L. Kiser** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which

relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from

the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Plaintiff.

**ENTER**: This 20th day of October, 2014.

Senior United States District Judge